5:14-CV-055

February 7, 2014

I, Erica D. Taylor (Honorable U.S. Veteran and law abiding U.S. citizen) the plaintiff against defendants National Geospatial Intelligence Agency (NGA) and U.S. Government/Department of Defense would like to request to file claims against both agencies/departments) for my proven claims of cruel and unusal retailiation, reprisal and targeted harassment following my Inspector General complaint/request involving a classified security vault, while employed as a contractor (NJVC-LLC employer) at NGA.

The claims referenced above resulted in the following violations/torts:

1. Intentional Emotional Distress
2. Violation of Right to Work (Potential Employer stated that my previous agency had contacted her without request concerning me)
3. Communications interception of phone services and electronic computer equipment.
4. Gross Invasion of Privacy (4th Amendment Right)
5. Human Rights Violations
6. Targeted Harassment

over→

⑦ Unwitting Experimentation (see docs)
⑧ Discrimination
⑨ Targeting based on levels of perceived conservatism per coworker Thuy Frys.
⑩ Unlawful entry into home, vehicle and ~~persont~~ personal property.

I would like to request that you review the documents from both professional Doctor's John Hall and Private Investigator Melinda Kidder.

Thanks,
Erica Sn
478-501-2579
erica.taylor31@yahoo.com
P.O Box 593
Bonaire, GA 31005