1

# Columbia Investigations
## The Investigators with Integrity

February 16, 2013

The following investigation was conducted by licensed private investigator Melinda Kidder, of Columbia Investigations in Columbia, Missouri, United States:

## INTRODUCTION

I was contacted in late 2012 by Erica Taylor (hereafter referred to as "Taylor") in regard to performing scans to test for presence of RFID chips or similar technology implanted in her body. After further communication we scheduled the date of Thursday, February 7, 2013 and met with Taylor, who reported traveling to Columbia by air.

## DATE OF TEST

Licensed private investigator Valerie Kotsenburg picked up Taylor at her hotel we drove in separate vehicles to the test site.

The location was rural, far removed from the city, with no concern for signal disturbances. There was/were no internet, cordless phones, wireless devices, etc at this location. In addition, cellular and pcs signals in the area are extremely weak.

Upon our arrival, all personal electronics, such as cell phones, were shut off, batteries removed and these items were separated from the scan area.

A digital audio recorder was allowed to run within the area of the scan, and each piece of equipment was tested both on and off to show the reading before and after as a control. The equipment was enough removed from Taylor's person so as not to interfere with scan readings.

All scanning equipment was tested prior to use with Taylor to confirm proper function and all equipment tested positive to proceed with the scans as scheduled.

Taylor was interviewed and stated that she is a survivor of electronic harassment and gang-stalking. Taylor presented as an intelligent woman, appropriate in demeanor for the situation, thirty-four years old and unemployed. She is former military and NGA. She reports having had a D&C procedure under local anesthesia. Taylor experiences a variety of symptoms which she states are a result of electronic harassment including, but not limited to: electronic shocks in feet, head and hands; visual issues; V2K; forced laughter; a feeling of worms moving in her head. She believes these issues all stem from her former employment with the government.

Overall, applying micro and macro expression evaluation and REID interviewing techniques, Taylor believes what she stated to be true and there was no reason to doubt the veracity of her claims.

2

## EQUIPMENT

The equipment used during this testing/scanning is the following:

**EXTECH Instruments Single Axis ELF/EMF Field Meter 480823**
- Measures electromagnetic field radiation
- LCD Display of EMF level in milliGauss or microTesla
- Provides accurate measurements to 4% over a measuring range of 0.1 to 199.1 mGauss (0.01 to 19.99µTesla)
- ELF Frequency bandwidth of 30 to 300 Hz
- Single axis – sampling 2.5 times per second

**ACECO SC-1/JM-20F Handheld RF Frequency Detector with Bargraph**
- Frequency range of 1MHz-3GHz
- Sensitivity: Less than 5 mV
- Microprocessor filtration circuitry allowing squelch adjustment to diminish RF noise
- High sensitivity LCD bar graph
- Used both with and without "rubber duck" antenna during this testing

**MCD-22H Transmitter Detector**
- Frequency range of 1MHz-9GHz
- GPS Detection
- Infinity Detection
- Analog and Digital

**UV Light, 385 nm & 400 nm**

**iGEN NV20/20 Night Vision Scope**
- Image capture capability
- Infrared intelligence

## MINOR NOTATIONS

Scans were conducted repeatedly, at intervals, over a period of approximately two hours in order to allow for intermittent signals either being transmitted or received if any devices were present in Taylor's body. Equipment was tested throughout the appointment to insure proper function. Scans were conducted over the entirety of Taylor's body and with special focus on points of concern to her. Any observations of note as written below were witnessed by at least two or more persons present.

Taylor's person was voluntarily searched, or reasonable visual observation was made, for any personal property containing electronic devices and none were found. She emptied her pockets of all personal property and removed extraneous jewelry and removed her shoes.

## SCAN OBSERVATIONS OF NOTE

Using the ACECO, The RFID scan for Taylor initially showed 1467.531MHz at the 2.86GHz switch range. There was no specific point of the body being scanned. Further testing showed the following signals rising in frequency: 1507.336MHz, 1509.515MHz, 1512.972MHz, 1511.923MHz. Holding the ACECO at certain points of the body did not seem to impact a change in the signal.

3

A simple RF test was performed using the MCD-22H and no signals were detected.

Using the EXTECH, readings stayed at 0.00µ throughout Taylor's body.

Under UV lighting Taylor's eyes reflected a green hue. Natural eye color is brown.

Using the Night Vision Scope, Taylor's ears shown hotter than the rest of her body.

**CONCLUSIONS AND RECOMMENDATIONS**

Based on the ACECO and iGen evaluations, the points of concern are that signals were present at the time of Taylor's scan and her ears shown brighter than the rest of her body. Her eyes also reflected a green hue under UV lighting.

If Taylor chooses to undergo further testing, I would recommend these locations, frequencies and issues as focal points based on the observations contained within this report.

The above statements are true and accurate to the best of my recollection.

*[signature]*

**Melinda Kidder**
**Owner/Lead Investigator**
**Columbia Investigations**

Columbia Investigations
601 W Worstell Ln, Columbia Mo 65202
Tel: 573.673.2485 Fax: 888.673.2485 Email: columbiasleuth@aol.com