Aug. 1. 2011 11:04AM    Westgate Rehab Center                           No. 7369   P. 2

Dr. John Hall D.O.                                          7/28/2011
San Antonio, Texas
halldr@hotmail.com

On July 19, 2011 Ms. Erica Taylor was seen for RF scanning after complaints of electronic harassment in her hometown in Maryland. She is a former NGA employee who held a security clearance and is former Army.

Ms. Taylor was scanned with a JM20 Pro and a JM20 digital frequency reader. She was found to have positive readings at her left forearm, mid upper abdomen and posterior left shoulder. After a background check for ambient interference, readings were as follows:
Left forearm – 127.66MHz
Abdomen    – 132.521 Mhz
Left shoulder – 116.348 Mhz

Preliminary X-rays of the positive areas were performed which were inconclusive in identifying any traditional RFID type microchips. These findings may represent an unknown device which is not radio-lucent, detection of incoming frequencies or absence of any known types of RFID within the civilian sector.

Ms. Taylor is voicing complaints similar to thousands of other people in the U.S. currently. The majority of these complaints are being generated by people with no history of mental illness and quite possibly could represent a form of experimentation with electromagnetic technologies.

Thank you,
Dr. John Hall D. O.




RECEIVED
8/1/11